DARRELL D. DENNIS, ESQ.
Nevada Bar No. 6618
STEVEN B. ABBOTT, ESQ.
Nevada Bar No. 10303
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Fax: 702.893.3789
E-Mail: Darrell.Dennis@lewisbrisbois.com
E-Mail: Steven.Abbott@lewisbrisbois.com
*Attorneys for PRICE ZONE
dba J&S International (incorrectly named
in complaint as Price Zone dba J&S International
Alpha, Gas One and/or Gas One/Alpha)*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YOKO HINTON, | CASE NO.: 2:19-cv-00733 |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |
| PRICE ZONE dba J&S INTERNATIONAL, ALPHA, GAS ONE and/or GAS ONE/ALPHA, a Foreign Corporation; ROE "ALPHA" MANUFACTURER, an entity of unknown origin; ROE MANUFACTURERS and/or DISTRIBUTORS; DOES I through XXX, inclusive and ROE BUISNESS ENTITIES I through XXX, inclusive, | |
| Defendants. | |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Defendant PRICE ZONE d/b/a J & S INTERNATIONAL incorrectly named in the caption as PRICE ZONE dba J&S INTERNATIONAL, ALPHA, GAS ONE and/or GAS ONE/ALPHA, and Plaintiff, YOKO HINTON (collectively the "Parties"), by and through their respective undersigned counsel of record as follows:

1. That the case shall be dismissed with prejudice, with the Parties to bear their own



4810-5899-4356.1

individual costs and attorneys' fees.

2. That the **trial** in this matter, shall be **VACATED**; and

3. That the Parties may obtain the return of their jury demand fees, if any, previously submitted to the Court.

4. That this stipulation resolves this matter in its entirety and this case should be CLOSED.

**HEREBY STIPULATED TO BY THE FOLLOWING COUNSEL OF RECORD:**

DATED this 22nd day of April, 2020.                    DATED this 22nd day of April, 2020.

LADAH LAW FIRM                                              LEWIS BRISBOIS BISGAARD & SMITH LLP


  /s/Joseph C. Chu                                            /s/Steven B. Abbott
RAMZY P. LADAH, ESQ.                                        DARRELL D. DENNIS, ESQ.
Nevada Bar No. 11405                                        Nevada Bar No. 6618
JOSEPH C. CHU, ESQ.                                         STEVEN ABBOTT, ESQ.
Nevada Bar No. 11082                                        Nevada Bar No. 10303
517 S. Third Street                                         6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89101                                         Las Vegas, Nevada 89118
*Attorneys for Plaintiff*                                   *Attorneys for PRICE ZONE*
*Yoko Hinton*                                               *dba J&S International (incorrectly named*
                                                            *in complaint as Price Zone dba J&S International*
                                                            *Alpha, Gas One and/or Gas One/Alpha)*

## ORDER FOR DIMSISSAL WITH PREJUDICE

Upon stipulation of the Parties by and through their respective counsel of record:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the case be dismissed, with prejudice, with the parties to bear their own individual costs and attorneys' fees; and it is further

**ORDERED, ADJUDGED AND DECREED** that the **trial** in this matter shall be **VACATED**; and it is further

**ORDERED, ADJUDGED AND DECREED**, that the Parties may obtain the return of their jury demand fees, if applicable, previously submitted to the Court.

**ORDERED, ADJUDGED AND DECREED**, That this stipulation resolves this matter in its entirety and this case should be CLOSED.

DATED this 22nd day of April, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Submitted By:

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:/s/Steven B. Abbott
 STEVEN B. ABBOTT, ESQ.
 6385 S. Rainbow Boulevard. Suite 600
 Las Vegas, Nevada 89118
 Attorneys for Defendant

4810-5899-4356.1                                3